**People of the State of Illinois, Plaintiff-Appellee, v. Elijah Barren (Impleaded), Defendant-Appellant.**

**Gen. No. 50,521.**

First District, Third Division.

January 12, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Morton P. Friedman, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.